**FILED**

09/18/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0558



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 24-0558

CODI LYNN OLIVE

      Petitioner,

v.

GINA POOR, DIRECTOR, PASSAGES
WOMEN'S CENTER,

      Respondent.

GRANT OF MOTION TO
PROCEED WITHOUT
PAYMENT OF FILING FEE

      Motion to proceed without payment of the filing fee in this matter is **GRANTED.**

      DATED: September 18, 2024.

BOWEN GREENWOOD
Clerk of the Supreme Court